UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **USDC-SDNY** |
| **DOCUMENT** |
| **ELECTRONICALLY FILED** |
| **DOC#:** |
| **DATE FILED:** 06/07/2022 |

BRYAN VELAZQUEZ, on behalf of himself and all other persons similarly situated,

                            Plaintiff,

v.

SCHOLL'S WELLNESS COMPANY, LLC,

                            Defendant.

22-CV-4647 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that, within thirty (30) days from the date of this Order, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action.  To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days from the date of this Order), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    June 7, 2022
              New York, New York

                                                                    Ronnie Abrams
                                                                    United States District Judge